# United States District Court

DISTRICT OF DELAWARE

| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **SUMMONS IN A CIVIL ACTION**<br><br>05-112<br><br>CASE NUMBER: C.A. No. _____ |
|---|---|---|

TO:   Stegman Family Delaware Trust
c/o Robert W. Eaddy, Trustee
The Capital Trust Company of Delaware
2711 Centerville Road, Suite 210
Wilmington, DE 19808

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY
Jeffrey L. Moyer, Esquire
Matthew King, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**     Dated: 2/25/05
Clerk

_Monica Mosley_
(BY) DEPUTY CLERK

RLF1-2845583-1

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/28/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

    G Served personally upon the defendant. Place where served: _____

    G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G Returned unexecuted: _____

    G Other (specify):   SERVED : STEGMAN FAMILY DELAWARE TRUST C/O ROBERT W. EADDY AT 2711 CENTERVILLE RD WILMINGTON, DE  COPIES WERE ACCEPTED BY: TRISHA HALL

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/28/05  
           *Date*

*Signature of Server*  
BRANDYWINE PROCESS SERVERS, LTD.  
P.O. BOX 1360  
WILMINGTON, DE 19899-1360  
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.