### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 05-112 |
| STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION; | ) ) ) ) | |
| **Defendants.** | ) | |

### AMERICAN GENERAL LIFE INSURANCE COMPANY'S
### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff American General Life Insurance Company states that American General Life Insurance Company is a wholly-owned subsidiary of AGC Life Insurance Company which, in turn, is a wholly-owned subsidiary of American General Corporation. American General Corporation is a wholly owned subsidiary of American International Group, Inc. American General Life Insurance Company is not the parent of any publicly owned companies.

_(signature)_

Jeffrey L. Moyer (#3309)
Matthew W. King (#4566)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
king@rlf.com

OF COUNSEL.

Michael D. Mulvaney
David P. Donahue
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
(205) 254-1000

RLF1-2847185-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2005, I have hand delivered the foregoing document to

the following non-registered participants:

**BY HAND DELIVERY:**

Robert W. Eaddy, Trustee
The Capital Trust company of Delaware
2711 Centerville Road
Suite 210
Wilmington, DE 19808

**BY HAND DELIVERY:**

United States Corporation Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Matthew W. King (#4566)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
E-mail. king@rlf.com

RLF1-2845643-1