UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>         v.<br><br>STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION,<br><br>                    Defendants. | C.A. No. 05-112 |

## ANSWER

COMES NOW THE DEFENDANT, STEGMAN FAMILY DELAWARE TRUST (hereinafter "Trust" or "Answering Defendant"), by and through its attorneys, Parkowski, Guerke & Swayze, P.A., and answers the above-captioned Complaint as follows:

## PARTIES

1. Answering Defendant lacks sufficient information to admit or deny the averment.

2. Admitted.

3. Answering Defendant lacks sufficient information to admit or deny the averment.

## JURISDICTION AND VENUE

4. Admitted.

5. Answering Defendant lacks sufficient information to admit or deny the averment.

6. Admitted.

## FACTS

7. Admitted to the extent that Answering Defendant is the owner of Policy No. U10018739L. Answering Defendant lacks sufficient information to admit or deny the balance of the averment.

8. Answering Defendant lacks sufficient information to admit or deny the averment.

9. Answering Defendant lacks sufficient information to admit or deny the averment.

10. Answering Defendant lacks sufficient information to admit or deny the averment.

11. Admitted to the extent that Stegman died on May 23, 2004, and Answering Defendant submitted a claim for benefits under the Policy. Answering Defendant lacks sufficient information to admit or deny the balance averment.

12. Admitted to the extent that Plaintiff has denied payment on the claim for benefits under the Policy. Answering Defendant lacks sufficient information to admit or deny the balance of the averment.

## Material Misrepresentation

13. Answering Defendant lacks sufficient information to admit or deny the averment.

14. Answering Defendant lacks sufficient information to admit or deny the averment.

## COUNT I
## DECLARATORY JUDGMENT

15. Answering Defendant restates its answers to Paragraphs 1-14 as if set forth fully herein.

16. Admitted as to the stated position of the Trust. Upon information and belief, admitted as to position of AI Credit. Answering Defendant lacks sufficient information to admit or deny the balance of the averment.

17. Answering Defendant lacks sufficient information to admit or deny the averment.

18. Denied.

## COUNT II
## INTERPLEADER

19. Answering Defendant restates its answers to Paragraphs 1-19 as if set forth fully herein.

20. Paragraph 20 states a legal conclusion to which no answer is required. To the extent that an answer is deemed necessary, the allegation is denied.

21. Answering Defendant lacks sufficient information to admit or deny the averment.

22. Paragraph 22 quotes sections of a statute to which no answer is required. To the extent that an answer is deemed necessary, the statute speaks for itself.

23. Answering Defendant lacks sufficient information to admit or deny the averment.

24. Admitted only to the extent that Plaintiff is found to have rightfully denied payment of the policy proceeds.

25. Answering Defendant lacks sufficient information to admit or deny the averment.

26. Answering Defendant lacks sufficient information to admit or deny the averment.

27. Answering Defendant lacks sufficient information to admit or deny the averment.

28. Answering Defendant lacks sufficient information to admit or deny the averment.

FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Answering Defendant respectfully requests that this honorable Court dismiss Count I and Count II, award Answering Defendant attorney's fees and costs along with such other relief as the Court deems just and appropriate.

PARKOWSKI, GUERKE & SWAYZE, P.A.

BY:     /s/ Michael W. Arrington
Michael W. Arrington, Esquire (#3603)
Michael W. Teichman, Esquire (#3323)
800 King Street, Suite 203
Wilmington, DE  19801
(302) 654-3300
*Attorneys for Stegman Family Delaware Trust*

DATED:  March 15, 2005