UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEGMAN FAMILY DELAWARE TRUST, )<br>A.I. CREDIT CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 05-112 |

**CERTIFICATE OF SERVICE**

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 15rd day of March, A.D., 2005, the attached Answer was served by electronic filing and first class mail upon the opposing party through counsel of record:

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

                PARKOWSKI, GUERKE & SWAYZE, P.A.

BY:      /s/ Michael W. Arrington
           Michael W. Arrington, Esquire (#3603)
           Michael W. Teichman, Esquire (#3323)
           800 King Street, Suite 203
           Wilmington, DE  19801
           (302) 654-3300
           *Attorneys for Stegman Family Delaware Trust*