IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 05-112-SLR |
| STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION; | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant A.I. Credit Corporation ("A.I. Credit") shall move, answer or otherwise respond to Plaintiff's Complaint is extended through and including April 14, 2005.

_____
Mark R. Milano, Esq.
Vice President
Imperial A.I. Credit Companies
101 Hudson Street
Jersey City, New Jersey 07302
(201) 631-5408

Attorneys for Defendants Stegman Family
Delaware Trust & A.I. Credit Corporation

Dated: March 21, 2005

_____
Jeffrey L. Moyer (#3309)
Richards, Layton & Finger, P.A.
One Rodney Square, PO Box 551
Wilmington, DE 19899
(302) 651-7700
moyer@rlf.com

Attorneys for Plaintiff American General Life
Insurance Company

Dated: March 23, 2005

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
United States District Judge

RLF1-2854538-1