IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civ. No. 05-112-SLR |
| STEGMAN FAMILY DELAWARE TRUST and A.I. CREDIT CORPORATION, | ) ) ) ) |
| Defendants. | ) |

O R D E R

At Wilmington this 29th day of March, 2005, having reviewed the stipulation entered into between the parties extending for defendant A.I. Credit Corporation its time to respond to the complaint;

IT IS ORDERED that said stipulation (D.I. 9) is granted.

IT IS FURTHER ORDERED that defendant must associate itself with local counsel by May 14, 2005, pursuant to D.Del. LR 83.5(d) and (e).

_____
United States District Judge