## CERTIFICATE OF SERVICE

I, Don A. Beskrone, Esquire hereby certify that, on the 14th day April 2005, I caused a true and correct copy of the attached *Answer of A.I. Credit Corporation to Complaint for Declaratory Judgment and Interpleader* to be served upon the below listed counsel in the manner so indicated.

Don A. Beskrone (#4380)

| **HAND DELIVERY** |
| :---: |
| Micael W. Arrington, Esq. |
| Micahel W. Teichman, Esq. |
| Parkowski Guerke & Swayze PA |
| 800 King Street, Suite 203 |
| Wilmington, DE 19801 |
| **HAND DELIVERY** |
| Jeffery L. Moyer, Esq. |
| Matthew King, Esq. |
| Richards Layton & Finger |
| One Rodney Square |
| Wilmington, DE 19899 |

142670v1