IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-112-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael D. Mulvaney, Esquire and David D. Donahue, Esquire, of Maynard, Cooper & Gale P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, AL 35203 to represent Plaintiff American General Life Insurance Company in this action.

Dated: April 20, 2005

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Jeffrey L. Moyer (#3309)
　　　　　　　　　　　　　　　　　　　moyer@rlf.com
　　　　　　　　　　　　　　　　　　　Matthew W. King (#4566)
　　　　　　　　　　　　　　　　　　　king@rlf.com
　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　(302)651-7700
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff American General Life
　　　　　　　　　　　　　　　　　　　Insurance Company

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____           _____
　　　　　　　　　　　　　　　　　　　United States District Judge

RLF1-2822591-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Michael D. Mulvaney, Esq.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Dated: April 7th, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

David D. Donahue, Esq.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Dated: April 4th, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Michael W. Arrington
Parkowski, Guerke & Swayze, P.A.
800 King Street
Wilmington, DE 19801
(302) 594-3333
Email: marrington@pgslegal.com

Don A. Beskrone
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: dbeskrone@ashby-geddes.com

_____
Matthew W. King (#4566)
king@rlf.com