**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 05-112 (SLR) |
| STEGMAN FAMILY DELAWARE TRUST AND A.I. CREDIT CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

**A.I. CREDIT CORPORATION'S
RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant, A.I. Credit Corporation states that A.I. Credit Corporation is a wholly-owned

subsidiary of AIG Credit Corporation which, in turn, is a wholly-owned subsidiary of American

International, Group, Inc.  A.I. Credit Corporation is not the parent of any publicly owned

company.

_____
William P. Bowden (I.D.#2553)
Don A. Beskrone (I.D. #4380)
222 Delaware Ave., 17th Floor
Wilmington, DE  19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067