## CERTIFICATE OF SERVICE

I, Don A. Beskrone, hereby certify that, on May 4, 2005, I caused one copy of **A.I. Credit Corporation's Rule 7.1 Statement** to be served upon the persons listed below in the manner indicated.

**VIA HAND DELIVERY**
Jeffrey L. Moyer
Matthew W. King
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**VIA HAND DELIVERY**
Michael W. Arrington
Parkowski, Guerke & Swayze, P.A.
800 King Street
Wilmington, DE 19801

**VIA U.S. MAIL**
Michael D. Mulvaney
David P. Donahue
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602

Don A. Beskrone (#4380)

156791.1