IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 05-112-SLR |
| STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION; | ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff having moved the Court for an order allowing Interpleader of funds, in the amount of Nine Hundred Five Thousand Two Hundred and eleven and 00/100 Dollars ($905,211.00), plus applicable interest,

IT IS SO ORDERED that the motion is GRANTED on this 14th day of June, 2005.

_____
Judge