# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

June 16, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:  *American General Life Insurance Company v. Stegman Family Delaware Trust, A.I. Credit Corporation,*
<u>C.A. Nos. 05-112-SLR</u>

Dear Judge Robinson.

As requested, please find enclosed a copy of the Scheduling Order in the above-referenced matter. The parties have jointly conferred and agreed upon this proposed Scheduling Order. The parties look forward to discussing these issues with the Court on June 22, 2005 at 8:30 a.m. as scheduled.

Respectfully,

Matthew W. King (#4566)

KEF.bw
cc:  Clerk of the Court (via electronic filing)
   Don A. Beskrone, Esquire (via electronic filing and hand delivery)
   Michael W. Arrington, Esquire (via electronic filing and hand delivery)

RLF1-2888757-1