IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 05-112 |
| | ) | |
| STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION; | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

This _____ day of June, 2005, the plaintiff, American General Life Insurance Company.

("American General"), and the defendants, A.I. Credit Corporation ("A.I. Credit") and the

Stegman Family Delaware Trust, ("Stegman Trust"), having satisfied their obligations under

Fed. R. Civ. P. 26(f), and the Court having conducted a pretrial scheduling conference pursuant

to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b),

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The parties will exchange by **June 20, 2005** the

information required by Fed. R. Civ. P. 26(a)(i) and D. Del. LR 16.2.

2.    **Discovery.**

(a)    After conferring, the parties have identified the following subjects upon which

one or both of them will seek discovery:

(i)    The claim for benefits under Policy No. U10018739L, insuring the

life of Emanuel Stegman, submitted to American General.

(ii)    The medical history of Emanuel Stegman.

(iii)    The underwriting policies and practices of American General

The parties expressly reserve their right to object to any of the aforementioned discovery and seek discovery on other topics necessary to prepare this matter for trial.

(b)    All discovery shall be commenced in time to be completed by **October 31, 2005**.

(c)    There shall be a maximum of 25 interrogatories to propounded by each party to any other party.  However, the parties expressly reserve the right to move the Court for permission to propound additional interrogatories should they deem it necessary as the case progresses.

(d)    There shall be a maximum of 25 requests for admission propounded by each party to any other party.  However, the parties expressly reserve the right to move the Court for permission to propound additional requests for admission should they deem it necessary as the case progresses.

(e)    There shall be a maximum of 5 depositions by American General and 5 depositions by A.I. Credit and 5 depositions for the Stegman Trust. However, the parties expressly reserve the right to move the Court for permission to take additional depositions or agree that additional depositions be taken should they deem it necessary as the case progresses.

(f)    Each deposition is limited to a maximum of one day of 7 hours unless extended by agreement of the parties.

(g)    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due by **September 2, 2005**.  Rebuttal expert reports due by **October 7, 2005**.  All Daubert motions due by **February 28, 2006**.

(h)    Supplementations under Rule 26(e) due by **March 10, 2006**.

(i)    **Discovery Disputes**. Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **August 15, 2005.**

4.    **Settlement Conference.** Pursuant to 28 U.S.C § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

5.    **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before January 13, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

6.    **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7.    **Motions in Limine.** All motions in limine shall be filed by March 6, 2006. All responses to said motions shall be filed by March 13, 2006.

8.    **Pretrial Conference.** A pretrial conference will be held on _____. in Courtroom 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.    **Trial.**  This matter is scheduled for a 3 day bench trial commencing on _____ in Courtroom 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.


_____
Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2005, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing and Hand Delivered

to the following:

**BY HAND DELIVERY:**

Don A. Beskrone
Ashby & Geddes
222 Delaware Ave.
PO Box 1150
Wilmington, DE 19899
(302)654-1888
dbeskrone@ashby-geddes.com

**BY HAND DELIVERY:**

Michael W. Arrington
Parkowski, Guerke & Swayze, P.A.
800 King St.
Wilmington, DE 19801
(302)594-3333
marrigton@pgslegal.com

Matthew W. King (#4566)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
E-mail: king@rlf.com

RLF1-2888706-1