UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION,<br><br>           Defendants. | C.A. No. 05-112 SLR |

**CERTIFICATE OF SERVICE**

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 20th day of June, A.D., 2005, Defendant Stegman Family Trust's Initial Disclosures were served by first class mail upon the opposing party through counsel of record:

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

           PARKOWSKI, GUERKE & SWAYZE, P.A.


BY:      /s/ Michael W. Arrington
         Michael W. Arrington, Esquire (#3603)
         Michael W. Teichman, Esquire (#3323)
         800 King Street, Suite 203
         Wilmington, DE 19801
         (302) 654-3300
         *Attorneys for Stegman Family Delaware Trust*