IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 05-112-SLR |
| STEGMAN FAMILY DELAWARE TRUST, A.I. CREDIT CORPORATION; | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 20, 2005, copies of Plaintiff American General Life Insurance Company's Initial Disclosures were delivered to the following attorneys of record in the manner and at the addresses indicated:

**BY HAND DELIVERY:**

Don A. Beskrone (#4380)
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899
(302)654-1888
dbeskrone@ashby-geddes.com

OF COUNSEL:

Michael D. Mulvaney
David P. Donahue
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
(205) 254-1000

**BY HAND DELIVERY:**

Michael W. Arrington (#3603)
Parkowski, Guerke & Swayze, P.A.
800 King St.
Wilmington, DE 19801
(302)594-3333
marrigton@pgslegal.com

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing and Hand Delivered the document to the following:

**BY HAND DELIVERY:**

Don A. Beskrone (#4380)
Ashby & Geddes
222 Delaware Ave.
PO Box 1150
Wilmington, DE 19899
(302)654-1888
dbeskrone@ashby-geddes.com

**BY HAND DELIVERY:**

Michael W. Arrington (#3603)
Parkowski, Guerke & Swayze, P.A.
800 King St.
Wilmington, DE 19801
(302)594-3333
marrigton@pgslegal.com

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700