IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 05-112 (SLR) |
| STEGMAN FAMILY DELAWARE TRUST; | ) ) ) ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

Plaintiff American General Life Insurance Company and Defendant Stegman Family Delaware Trust hereby jointly ask this Court to dismiss with prejudice this case and all claims contained therein, each party to bear its own costs.

This 19th day of October, 2005.

RICHARDS, LAYTON & FINGER

_____
Jeffrey L. Moyer (I.D. #3309)
Matthew W. King (I.D. #4566)
One Rodney Square
Post Office Box 551
Wilmington, DE 19899
(302) 651-7700

Of Counsel:

Michael D. Mulvaney
David P. Donahue
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza

PARKOWSKI, GUERKE & SWAYZE, P.A.

_____
Michael W. Arrington (I.D. #3603)
Michael W. Teichman (I.D. #3323)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300

*Attorneys for Stegman Family Delaware Trust*

Birmingham, AL  35203
(205) 254-1000

*Attorneys for American General Life
Insurance Company*

SO ORDERED this _____ day of _____ 2005.

                                                                                     _____
                                                                                      Hon. Sue L. Robinson
                                                                                      Chief United States District Judge